# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-14799-AMC

WINSTON J BANKS

PO BOX 34099

PHILADELPHIA, PA 19101

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    WINSTON J BANKS

    PO BOX 34099

    PHILADELPHIA, PA 19101

**Counsel for debtor(s), by electronic notice only.**
    SHERRI R. DICKS, ESQUIRE
    P.O. BOX 42251

    PHILADELPHIA, PA 19101-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 1/18/2018

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee