# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14799-AMC

WINSTON J BANKS

PO BOX 34099

PHILADELPHIA, PA 19101

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WINSTON J BANKS

PO BOX 34099

PHILADELPHIA, PA 19101

Counsel for debtor(s), by electronic notice only.

SHERRI R. DICKS, ESQUIRE
P.O. BOX 42251

PHILADELPHIA, PA 19101-

Date: 3/29/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee