United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14799-amc
Winston J. Banks                                                          Chapter 13
Winston J. Banks
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: May 24, 2018
                              Form ID: 160              Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
```
db          +Winston J. Banks,   Mailing Address,    PO BOX 34099,   Philadelphia, PA 19101-4099
db           Winston J. Banks,   2001 Kinsey Street,    Philadelphia, PA 19124-4022
13968507    +Allied Interstate, LLC,   P.O. Box 361477,    Columbus, OH 43236-1477
13968510     Comcast,   4008 N. DuPont Highway,    New Castle, DE 19720-6320
13968514     Jacob Collection Group, LLC,   2623 West Oxford Loop,    Oxford, MS 38655-5442
13968515    +Keystone Collections Group,   P.O. Box 519,    Irwin, PA 15642-0519
13968516    +Law Offices of Sherri R. Dicks, P.C.,    P.O. Box 42251,   Philadelphia, PA 19101-2251
13968517    +Linebarger Goggin Blair & Sampson, LLP,    Attn:  Rosario Griffo, Esquire,
              1600 John F Kennedy Blvd # 910,   Philadelphia, PA 19103-2818
13968520     Montgomery Media,   c/o 21st Century Media-SF,    P.O. Box 430280,   Pontiac, MI 48343-0280
13968521    +Nations Recovery Center, Inc.,   6491 Peachtree Industrial Blvd.,    Atlanta, GA 30360-2100
13968522     Northstar Location Services, LLC,    4285 Genesee St.,   Cheektowaga, NY 14225-1943
13968524     PCS - Professional Credit Service,    P.O. Box 87940,   Vancouver, WA 98687-7940
13968525     PECO,   P.O. Box 37629,   Philadelphia, PA 19101-0629
13968526     Pennsylvania Department of Revenue,    Bureau of Collections and Taxpayer Svcs.,
              P.O. Box 281041,   Harrisburg, PA 17128-1041
13968528     Philadelphia Gas Works,   P.O. Box 11700,    Newark, NJ 07101-4700
13968529     Plaza Recovery, Inc.,   P.O. Box 18008,    Hauppauge, NY 11788-8008
13968530    +SLS - Specialized Loan Servicing,    8742 Lucent Boulevard,   Suite 300,
              Littleton, CO 80129-2386
13968533     Split Rock,   100 Mosevwood Road,   Lake Harmony, PA 18624
13968532    +Split Rock,   a/k/a Vacation Charters Ltd.,    Financial Services Department,   P.O. box 547C,
              Lake Harmony, PA 18624-0820
13958327    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
13968534     USAA Federal Savings Bank,   Attn:  Bankruptcy Department,    10750 McDermott Freeway,
              San Antonio, TX 78288-9876
13968535     Van Ru Credit Corporation,   8550 Ulmerton Road,    Suite 225,   Largo, FL 33771-5351
13968536    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Drive,
              Frederick, MD 21701)
14030469     Wells Fargo Bank, N.A., et al,   c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,
              P.O. Box 24605,   West Palm Beach, FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/Text: bankruptcy@phila.gov May 25 2018 01:59:46    City of Philadelphia,
              Law Revenue Department,   c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 25 2018 02:02:45    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr          +E-mail/Text: bncmail@w-legal.com May 25 2018 01:59:38    USAA Federal Savings Bank,
              c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
13968505     E-mail/Text: EBNProcessing@afni.com May 25 2018 01:59:37    AFNI, Inc.,
              1310 Martin Luther King Drive,   P.O. Box 3517,   Bloomington, IL 61702-3517
13968506    +E-mail/Text: roy.buchholz@allianceoneinc.com May 25 2018 01:59:12
              Alliance One Receivables Management, Inc,   4850 Street Road, Suite 300,
              Trevose, PA 19053-6643
13968509     E-mail/Text: bankruptcy@phila.gov May 25 2018 01:59:46    City of Philadelphia,
              1515 Arch Street,   15th Floor,   Philadelphia, PA 19107
14031981    +E-mail/Text: bankruptcy@phila.gov May 25 2018 01:59:47
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13968508    +E-mail/Text: compliance@chaserec.com May 25 2018 01:59:59    Chase Receivables,
              Chase #0701524-EA,   1247 Broadway,   Sonoma, CA 95476-7503
13968511    +E-mail/Text: bankruptcy_notifications@ccsusa.com May 25 2018 01:59:58
              Credit Collection Service,   Two Wells Avenue,   Newton Center, MA 02459-3246
13968512    +E-mail/Text: bankruptcies@halstedfinancial.com May 25 2018 01:59:57
              Halsted Financial Services, LLC,   P.O. Box 828,   Skokie, IL 60076-0828
13968513    +E-mail/Text: bkynotice@harvardcollect.com May 25 2018 02:00:02
              Harvard Collection Services, Inc.,   4839 N. Elston Avenue,   Chicago, IL 60630-2589
13968518    +E-mail/Text: bankruptcydpt@mcmcg.com May 25 2018 01:59:35    Midland Credit Management, Inc.,
              2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
13968519    +E-mail/Text: bankruptcydpt@mcmcg.com May 25 2018 01:59:35    Midland Funding LLC,
              8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13967793     E-mail/Text: ally@ebn.phinsolutions.com May 25 2018 01:59:12    National Auto Finance Company,
              PO Box 130424,   Roseville MN 55113-0004
13968523    +Fax: 407-737-5634 May 25 2018 03:00:06    Ocwen Loan Servicing, LLC,   1661 Worthington Road,
              Suite 100,   West Palm Beach, FL 33409-6493
14009010    +E-mail/Text: bankruptcygroup@peco-energy.com May 25 2018 01:59:17    PECO Energy Company,
              2301 Market Street,   S4-1,   Philadelphia, PA 19103-1380
13953077    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 02:19:29
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0313-2           User: Stacey                Page 2 of 2                   Date Rcvd: May 24, 2018
                               Form ID: 160                Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13966784          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:59:23
                   Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                   Harrisburg PA 17128-0946
13968527          E-mail/Text: bankruptcy@phila.gov May 25 2018 01:59:46      Philadelphia Department of Revenue,
                   Attn:  Water Revenue Customer Service Di,   1401 John F. Kennedy Blvd.,
                   Philadelphia, PA 19102-1663
13968531          E-mail/Text: bankruptcy@sw-credit.com May 25 2018 01:59:35          Southwest Credit,
                   4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
13978511         +E-mail/Text: bncmail@w-legal.com May 25 2018 01:59:38       USAA Federal Savings Bank,
                   C/O Weinstein & Riley, PS,   2001 Western Ave Suite 400,   Seattle, WA 98121-3132
14005061          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 25 2018 02:08:00       Verizon,
                   by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                                TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14030470*        Wells Fargo Bank, N.A., et al,   c/o Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Dept.,
                   P.O. Box 24605,   West Palm Beach, FL 33416-4605
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee et al
           paeb@fedphe.com
          LISA   CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee et al
           paeb@fedphe.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          SHERRI   DICKS    on behalf of Debtor Winston J. Banks shrdlaw@hotmail.com,  shrdlaw@outlook.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 9
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Winston J. Banks
    Debtor(s)

Case No: 17–14799–amc

Chapter: 13

___

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 8/14/18

    at: 10:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 5/24/18

For The Court

Timothy B. McGrath
Clerk of Court

44
Form 160