**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| Winston J. Banks, | § | Case No. 17-14799-amc |
| Debtor | § | |
| | § | |
| USAA Federal Savings Bank | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| Winston J. Banks, | § | |
| Respondent | § | |

**PRAECIPE TO WITHDRAW OBJECTION OF USAA FEDERAL SAVINGS BANK TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

USAA Federal Savings Bank, by and through its counsel, Weinstein & Riley, P.S., hereby withdraws its Objection Of USAA Federal Savings Bank To Confirmation Of Debtor's Chapter 13 Plan.

Dated:   May 30, 2018          Respectfully Submitted,

> By: /s/ Lisa Cancanon
> Lisa Cancanon, PA #323550
> Weinstein & Riley, P.S.
> 11101 West 120th Avenue #280
> Broomfield, CO 80021
> Telephone: (303) 539-8600
> Email: LisaC@w-legal.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| Winston J. Banks, | § | Case No. 17-14799-amc |
| Debtor | § | |
| | § | |
| USAA Federal Savings Bank | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| Winston J. Banks, | § | |
| Respondent | § | |

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the Praecipe to Withdraw Objection of USAA Federal Savings Bank to Confirmation of Debtor's Chapter 13 Plan was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on May 30, 2018:

Trustee via E-Filing
WILLIAM C. MILLER
ecfemails@ph13trustee.com

U.S. Trustee via E-Filing
US Trustee
USTPRegion03.PH.ECF@usdoj.gov

Debtor's Counsel via E-Filing
SHERRI DICKS
shrdlaw@hotmail.com

Debtor via First-Class Mail
Winston J. Banks
2001 Kinsey Street
Philadelphia, PA 19124-4022

        /s/ Lisa Cancanon
        Lisa Cancanon, PA #323550
        Weinstein & Riley, P.S.
        11101 West 120th Avenue #280
        Broomfield, CO 80021
        Telephone: (303) 539-8600
        Email: LisaC@w-legal.com