# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 17-14799-AMC

WINSTON J BANKS

PO BOX 34099

PHILADELPHIA, PA 19101

    Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    WINSTON J BANKS

    PO BOX 34099

    PHILADELPHIA, PA 19101

Counsel for debtor(s), by electronic notice only.

    SHERRI DICKS
    LAW OFFICE OF SHERRI R DICKS
    PO BOX 42251
    PHILADELPHIA, PA 19101

                                        /S/ William C. Miller

Date: 8/16/2018                                _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee