20-0369

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Winston J. Banks<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 17-14799-AMC |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of GREAT AJAX OPERATING PARTNERSHIP, L.P. in the above captioned matter.

    POWERS KIRN, LLC

    By:  **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Dated: September 9, 2020