```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 17-14799-amc
Winston J. Banks                                                    Chapter 13
Winston J. Banks
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 15, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
14524176       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee et al
               paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    GREAT AJAX OPERATING PARTNERSHIP, L.P.
               bankruptcy@powerskirn.com
              LISA  CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com,
               Llombardi06@law.du.edu
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee et al
               paeb@fedphe.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee et
               al robert.davidow@phelanhallinan.com
              SARAH K. MCCAFFERY    on behalf of Creditor    GREAT AJAX OPERATING PARTNERSHIP, L.P.
               bankruptcy@powerskirn.com
              SHERRI  DICKS    on behalf of Debtor Winston J. Banks shrdlaw@hotmail.com, shrdlaw@outlook.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
               et al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 13

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14799-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Winston J. Banks
2001 Kinsey Street
Philadelphia PA 19124-4022

Winston J. Banks
PO BOX 34099
Philadelphia PA 19101

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/14/2020.

Name and Address of Alleged Transferor(s):

Claim No. 1: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Gregory Funding LLC
PO Box 25430
Portland, OR 97298

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/17/20

Tim McGrath
**CLERK OF THE COURT**