# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 13 |
| Winston Banks, | : | |
| | : | Bankr. #17-14799/AMC |
| Debtor. | : | |

## NOTICE OF APPLICATION FOR COUNSEL FEES

Counsel for the Debtor, Sherri Dicks, Esquire, does hereby apply for an Order approving Counsel fees and costs in the amount of $3,500.00 for the period of July 17, 2017 (as amended) through its conclusion. Creditors have twenty (20) days from receipt of said Notice to object to the requested Application for Counsel Fees. All objections to this application are to be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, Robert C. Nix Building, 900 Market Street, Suite 400, Philadelphia, Pa 19107-4299, and serve a copy of the Debtor(s) counsel, whose name and address appear below. In the absence of any objection, the Court may consider the application as uncontested and dispose of said application accordingly.

DATED: September 7, 2022         By:    /s/Sherri Dicks
                                        SHERRI DICKS
                                        Attorney for Debtor
                                        Post Office Box 42251
                                        Philadelphia, PA   19101

cc:    United States Trustee
       Chapter 13 Standing Trustee
       Debtor
       All Creditors of Record