# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 13 |
| Winston Banks, | : | |
| | : | Bankr. #17-14799/AMC |
| Debtor. | : | |

## CERTIFICATE OF NO RESPONSE

I, Sherri Dicks, Esquire, attorney for the above-named debtor, hereby certify that No Response was made to the Application for Compensation and Reimbursement of Expenses filed on September 7, 2022, and do respectfully request that the Order be entered as presented.

Respectfully submitted,

Dated:  September 28, 2022          LAW OFFICES OF SHERRI R. DICKS, P.C.

By:  /s/Sherri Dicks
SHERRI DICKS
Counsel for Debtor