IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Winston Banks, | : | |
| | : | Bankr. #17-14799/AMC |
| Debtor. | : | |

## ORDER APPROVING COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

**AND NOW**, this _____ day of _____, 2022, it is hereby **ORDERED** that **$3.500.00** is approved as counsel fees, in the captioned case to the Law Offices of Sherri R. Dicks, P.C. and Sherri Dicks, Esquire, P.O. Box 42251, Philadelphia, PA 19101, for the services rendered and to be rendered as described in such Application for Compensation and Reimbursement of Expenses, and it is

**ORDERED** that **$0.00** filing fee is approved as a valid cost/expense; and it is

**ORDERED** that the remaining balance of costs and fees in the amount of **750.00** is due and owing.

BY THE COURT:

_(signature)_

**Date: September 28, 2022**

ASHELY M. CHAN
United States Bankruptcy Judge

cc:   Sherri Dicks, Esquire
      Post Office Box 42251
      Philadelphia, PA   19101
      United States Trustee
      Chapter 13 Standing Trustee
      Debtors
      All Creditors of Record