United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14799-amc |
| Winston J. Banks | Chapter 13 |
| Winston J. Banks | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 29, 2022 | Form ID: 212 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Winston J. Banks, Mailing Address, PO BOX 34099, Philadelphia, PA 19101-4099 |
| db | | Winston J. Banks, 2001 Kinsey Street, Philadelphia, PA 19124-4022 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Option One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PROF-2013-S3 Legal Title Trust  by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| HARRY B. REESE | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021 - A  BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |

District/off: 0313-2   User: admin   Page 2 of 2
Date Rcvd: Dec 29, 2022   Form ID: 212   Total Noticed: 2

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al jblank@pincuslaw.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor GREAT AJAX OPERATING PARTNERSHIP  L.P. bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LISA CANCANON
    on behalf of Creditor USAA Federal Savings Bank LisaC@w-legal.com  Llombardi06@law.du.edu

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

ROBERT J. DAVIDOW
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al robert.davidow@phelanhallinan.com

SHERRI DICKS
    on behalf of Attorney Sherri Dicks shrdlaw@hotmail.com  shrdlaw@outlook.com

SHERRI DICKS
    on behalf of Debtor Winston J. Banks shrdlaw@hotmail.com  shrdlaw@outlook.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                           Chapter: 13

    Winston J. Banks

Debtor(s)                                          Case No: 17−14799−amc

---

*ORDER*

      AND NOW, December 29, 2022, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                                               For The Court

                                                                                               Ashely M. Chan

                                                                                               Judge ,United States Bankruptcy Court