| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Philadelphia) | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Winston J. Banks<br><br>Winston J. Banks | Case Number:<br><br>2:2017-bk-14799 | |
| Name of Creditor:<br>    Wells Fargo Bank, N.A., et al | | |
| Name of Current Servicer of account:<br>    PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>   Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>   1 Mortgage Way<br>   Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>   PHH Mortgage Services<br>   PO Box 24781<br>   ATTN: SV 19<br>   West Palm Beach, FL 33416<br><br>   Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| **1.    Account Number:  8589** | | _ Check this box if the account number has changed. |
| **2.    Court Claim Number:  8** | | |
| **3.    Signature:**<br><br> Check the appropriate box.<br>        I am the creditor.<br>    X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>        I am the trustee, or the debtor.<br>        I am a guarantor, surety, endorser, or other codebtor.<br><br>   By:   /s/ John Shelley                          Date:  02/18/2023<br>         Authorized Filing Agent for PHH Mortgage Services | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                    CASE NO.:     17-14799

**Winston J. Banks**                                             CHAPTER:     13

**Winston J. Banks**

        **Debtor(s).**

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                             *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                    Winston J. Banks
                                    2001 Kinsey Street
                                    Philadelphia, PA 19124-4022

                              *By U.S. Postal Service First Class Mail Postage Prepaid:*

                              Winston J. Banks
                              Mailing Address
                              PO BOX 34099
                              Philadelphia, PA 19101

*Debtor's Attorney:*             *By CM / ECF Filing:*

                              SHERRI DICKS
                              Law Offices of Sherri R. Dicks, P.C.
                              P.O. Box 42251
                              Philadelphia, PA 19101

*Trustee:*                             *By CM / ECF Filing:*

*Trustee:*     KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)