# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

RE: Winston J. Banks, Pro Se                    Case No.  17-14799

Chapter 13

Regarding the **ORDER** issued December 29, 2022 by the Hon Judge Ashley Chen I am requesting to address the Court. From my current knowledge I am still being represented by Attorney Sherri Dicks, Esq. I have received and read the **ORDER** and diligently attempting to comply As Per the directives.

Date: _March 6, 2023_

Winston J. Banks, Pro Se
P.O. Box 13417
1720 E. Washington Lane
Philadelphia, PA  19101
267-595-5792-c
winstonbanks59@gmail.com



FILED

MAR - 7 2023

TIMOTHY McGRATH, CLERK
BY                              DEP. CLERK

Letter addressed to Trustee Kenneth E. West, Esq. regarding Debtor's concern about final administrative duties.

# EXHIBIT-A

March 6, 2023

Winston J. Banks
P.O. Box 13417
1720 E. Washington Lane
Philadelphia, PA  19101
267-595-5792-c
267-456-5188-alt

Kenneth E. West, Esq.
P.O. Box 40837
Philadelphia, PA  19107
215-627-6299-fax

**RE:  FINAL ADMINISTRATIVE DUTIES FOR CHAPTER 13, 17-14799**

Atty West;

As per the final **ORDER** of Bankruptcy Judge Ashley Chen I am reaching out to your office. I thoroughly understand that your office does not directly represent me in my Bankruptcy.  Regretfully, the final issue rest between myself and my Attorney Sherri Dicks. Enclosed are documents that illustrate that I have been attempting to arrange the final consultation between myself and Attorney Dicks. Attorney Dicks has reached out to me via telephone and email. Due to her personal health she may explain that it may have delayed our meeting.

After reading the **ORDER** issued December 29, 2022 it states *"If the Debtor fails to do so, then this Case may be closed, without further notice or Hearing…….".* There is an additional issue regarding **Prudential Insurance.**  I had attempted to contact Attorney Dicks, and so has she, regarding the administrative closing. **I have no knowledge of what to do!** Even though your secretary mentioned twice in general what is needed I need Attorney Dicks expertise. If I am at fault for not initially listing the debt, so be it. But from the enclosed documents I have been attempting to inform Attorney Dicks of the debt. Specifically, this is a personal loan taken out against my Whole Life insurance policy in the mid 1990's. It will not "disappear".

This letter is an attempt to approach the issue prior to the final closing of the Chapter 13. I will formally address Judge Chen at the Clerk's office located at 900 Market St, Room 400, Philadelphia PA 19107.

Thank you,

Winston Banks,
Debtor
winstonbanks59@gmail.com

wjb: File
    Atty Dicks
    U.S. Bankruptcy Court

Hon Judge Ashley Chen's ORDER December 29, 2022

# EXHIBIT-B

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:

      Winston J. Banks

Debtor(s)

Chapter: 13

Case No: 17–14799–amc

### *ORDER*

AND NOW, December 29, 2022, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court

83
Form 212

003551                                46407003554011

**Email correspondence July 20, 2022 to Attorney Sherri Dicks regarding Whole Life insurance policy debt.**

# EXHIBIT-C

 Gmail

**winston banks <winstonbanks59@gmail.com>**

## Chapt 13
1 message

**winston banks** <winstonbanks59@gmail.com>                                Wed, Jul 20, 2022 at 7:00 PM
To: "Law Offices of Sherri R. Dicks, P.C." <clientdocs@verizon.net>, winston banks <winstonbanks59@gmail.com>

Atty Dicks;

I know that I emailed you several request seemingly at the last minute. Thanks for your advice and expertise in managing my Chapter 13.

The issue with Prudential Insurance financially could wind up being a sizable payback. Me and my then wife took the loan on our in insurance policy to help us get through a rough patch. It is legit but hopefully you can work it out.

Twice I spoke face to face with Atty John Taylor. We have a professional history and is representing me against my former partner,  Carlton Clark.

Even though you mentioned how in closing my bankruptcy you and the trustee will issue final inquiries to my creditors. My purpose for sending out the "demand letters" is to verify the contact information regarding my mortgage. I didn't realize how "shady" the banking industry is. I'll never payoff the mortgage if they have their way!

Thanks,
Winston Banks

**CORRESPONDANCE TO ATTORNEY DICKS REGARDING**

**ADMINISTRATIVE PROCEDURES BEFORE DISCHARGE OF CHAPTER 13**

# EXHIBIT-D

August 25, 2022

Winston Banks
P.O. Box 13417
1720 E. Washington Lane
Philadelphia, PA  19101
267-595-5792-c
267-456-5188-alt


Sherri Dicks, Esq.
P.O. Box 42251
Phila, PA  19101
215-735-2751-ofc


**RE: CURRENT STATUS OF CHAPTER 13**

Atty Dicks;

     Since our last consultation in your office we had discussed several aspects. My Bankruptcy Case is about to be discharged. You informed me that you and the Trustee were going to inform the creditors one last time of any outstanding obligations. I agree and am awaiting the responses. Also beneficial to me was to obtain the annual dispersement  of payments for the entire five years of the bankruptcy.

     On my end, the financial institutions are slowly responding in writing to my request of payments, reduction of principle and balances each time the bank note was transferred .

     Again I am asking when do I make my last payment to the Trustee. I would like to address the debt that is owed to Prudential Insurance when I had borrowed against my policy in the early 1990's when I was involved in a workplace injury. We also briefly spoke about my former partner who initiated a lawsuit against the Corporation. The Attorney John Taylor is handling the matter and I asked him to contact you to discuss the legalese of the Case.

     I recognized you attempted to call me twice , but I was driving my vehicle at the time.



**UNITED STATES POSTAL SERVICE**

FRANKFORD
4410 PAUL ST
PHILADELPHIA, PA 19124-9998
(800)275-8777

08/26/2022                                    10.22 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $1.44 |
| Large Envelope | | | |
| Gainesville, FL 32606 | | | |
| Weight: 0 lb 2.00 oz | | | |
| Estimated Delivery Date | | | |
| Mon 08/29/2022 | | | |
| First-Class Mail® | 1 | | $0.60 |
| Letter | | | |
| Philadelphia, PA 19101 | | | |
| Weight: 0 lb 0.30 oz | | | |
| Estimated Delivery Date | | | |
| Mon 08/29/2022 | | | |
| Cert of Mailing | | | $1.75 |
| Total | | | $2.35 |

Grand Total:                                    $3.79

| Debit Card Remit | $3.79 |
|---|---|

Card Name: MasterCard
Account #: XXXXXXXXXXXX1409
Approval #
Transaction #: 767
Receipt #: 036788
Debit Card Purchase: $3.79
AID: A0000000042203            Chip
AL: DEBIT
PIN: Verified                DEBIT

*****************************
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits.
Go to www.covidtests.gov
*****************************

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



U.S. POSTAGE PAID
FCM LETTER
PHILADELPHIA, PA
19124
AUG 26 22
AMOUNT
**$1.75**
R2303S103008

1000



Certificate of Mail

**UNITED STATES POSTAL SERVICE®**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail.

From:
Winston T. Banks
P.O. Box 1347
Phila. PA 19101

To:
Sheri Dickey ESQ
P.O. Box 42251
Phila. PA 19101

PS Form **3817**, April 2007  PSN 7530-02-000-9065

EMAIL CORRESPONDANCE THAT DEBTOR, WINSTON BANKS,
ATTEMPTED FACE TO FACE CONSULTATION AT ATTORNEY DICKS
FORMER OFFICE ON CITY AVE.

# EXHIBIT-E

 Gmail

**winston banks** <winstonbanks59@gmail.com>

---

## Your visit to the wrong office

2 messages

---

**Law Offices of Sherri R. Dicks, P.C.** <clientdocs@verizon.net>                Sun, Nov 27, 2022 at 7:51 PM
Reply-To: "Law Offices of Sherri R. Dicks, P.C." <clientdocs@verizon.net>
To: "winstonbanks59@gmail.com" <winstonbanks59@gmail.com>

---

Good Evening Mr. Banks:

I will not check email again until Tuesday, but wanted to send you a message to let you know that I
have been advised that you were looking for me at the Bala Office.  As you are aware, my office
location is Philadelphia.  Please send me your telephone number and the best time to reach you.
Many thanks.

Sherri Dicks
Attorney at Law
Law Offices of Sherri R. Dicks, P.C.
P.O. Box 42251
Philadelphia, PA   19101
Telephone:  (215) 735-2751
Telecopier:  (215) 735-2753
Electronic Mail:  clientdocs@verizon.net

All parties be advised that, in addition to our other practice areas, we are a Debt Relief Agency.
We help people file bankruptcy under the United States Bankruptcy Code.

---

**winston banks** <winstonbanks59@gmail.com>                            Mon, Nov 28, 2022 at 4:33 PM
To: "Law Offices of Sherri R. Dicks, P.C." <clientdocs@verizon.net>

Happy Holidays!
Thank you for responding to my attempt to contact you. I am in dire need of your guidance and direction. I don't want to
create a negative situation by doing anything wrong. Again thank you. I had sent several letters as a follow up to your
directions regarding my Bankruptcy Case. The issue of when I will be done, the final request to any creditors, copies of
my annual(s) reports for the five years and when is my final payment to the Trustee etc.
Sincerely,
Winston Banks
[Quoted text hidden]

DEBTOR WINSTON BANKS MADE CONTACT WITH THE INSURANCE
COMPANY, PRUDENTIAL, TO INQUIRE ABOUT STATUS OF WHOLE LIFE
LOAN JUNE 21, 2022

# EXHIBIT-F

June 21, 2022

Winston Banks

P.O. Box 13417

1720 E. Washington Lane

~~Philadelphia, PA  19101~~

~~267-595-5792-c~~

267-456-5188-alt

**PRUDENTIAL FINANCIAL**

Customer Service Office

P.O. Box 7390

Philadelphia, PA  19176

800-778-2255

**RE: POLICY HOLDER VARIABLE APPRECIABLE LIFE INSURANCE POLICY R1 186 889**

To Whom it May Concern;

Please accept this letter as an initial contact regarding a loan against my Life Insurance policy.  This is an attempt to reconcile and determine the current status of my policy. I am aware that all and every debt must be paid and in **"Good Faith"** I am forwarding this letter to your company.

Specifically, I request the financial amount paid and possibly owed regarding my policy. I am also requesting to determine if any outstanding fees are attached. In closing I am forwarding a Money Order in the amount of **$25.00** as requested by the payment coupon.

Sincerely,

Winston J. Banks

**CERT. MAIL-7021 0350 0000 007502576**



## Prudential

Customer Service Office
P.O. Box 7390
Philadelphia, PA 19176-7390
www.prudential.com

000000489 PINH01DD121417214631 01 000000

Winston J Banks                                      Insured: Winston J. Banks
Po Box 13417                                         Policy Number: 97542631
Philadelphia, PA 19101-3417

December 14, 2017

Dear Winston J Banks:

I am writing in response to a request from you regarding the status of the policy listed above.

Our records indicate that this policy lapsed on July 24, 1991 for non-payment of the premium. This policy no longer provides any life insurance protection, has no cash value and cannot be reinstated.

If you have any questions or would like more information, please call our customer service office at (800) 778-2255 and refer to reference number AHRB35FG. We are available Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. If you are using a telecommunications device for the hearing impaired, please call (800) 778-8633, Monday through Friday between 8:00 a.m. and 6:00 p.m. Eastern time. One of our customer service representatives will be glad to help you.

Thank you for choosing us for your insurance and financial needs.

Sincerely,

*Linda Baelz*

Linda Baelz
Customer Service Representative



Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY and/or NJ), or Pruco Life Insurance Company of New Jersey (in NY and/or NJ). Variable life insurance is offered by Pruco Securities, LLC (member SIPC) (1-800-201-6690).



|  |  |
|---|---|
| CHECK DATE: | JUL 05 2022 |
| REASON FOR PAYMENT: | RETURN OF PAYMENT |
| CHECK NUMBER: | 1130112457 |
| CHECK AMOUNT: | $25.00 |

1130112457
WINSTON J BANKS
P O BOX 13417
PHILADELPHIA PA 19101

# CHECK STATEMENT

110301

PAYMENT REFUND AS POLICY IS ARCHIVED



Detach before cashing or depositing check. Please retain this check statement for future reference.



THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK.

**Prudential**
Prudential Insurance Company of America
PO Box 7390
Philadelphia, PA 19176

Wells Fargo Bank, NA

1130112457
62-22
311

110301

Pay: ********************TWENTY-FIVE AND 00/100 DOLLARS

JUL 05 2022     $*******25.00

Void after 180 days     Dollars  Cents

To the
Order of:   WINSTON J BANKS********************************
            P O BOX 13417********************************

Nandini Mongia
Treasurer, Prudential

Controller, Prudential

⑈1130112457⑈ ⑉031100225⑈ 20799500505661⑈



**SENDER: COMPLETE THIS SECTION**

- ☑ Complete items 1, 2, and 3.
- ☑ Print your name and address on the reverse so that we can return the card to you.
- ☑ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Prudential Financial
Customer Service Office
P.O. Box 7390
Phila, PA, 19176

9590 9402 3706 7335 2869 45

2. Article Number (Transfer from service label)
7021 0350 0000 0075 2576

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
EDM                                  ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
Brian Smith                          JUN 2 6 2022

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

 **Prudential**

The Prudential Insurance Company of America
Customer Service Office
PO Box 7390
Philadelphia, PA 19176
www.prudential.com

000000002 PIXC14DS070522051038 01 000000 000003 002



WINSTON J BANKS
P O BOX 13417
PHILADELPHIA PA 19101



# Prudential  Financial

## Your Variable *Appreciable Life* Insurance Policy

**ANNUAL STATEMENT**

JATL 910 0

**WINSTON J BANKS**
PO BOX 13417
PHILADELPHIA PA 19101-3417

**Statement Date**
August 30, 2005

**Activity From**
August 28, 2004, to
August 28, 2005

**Insured's Name**
WINSTON J BANKS

We are pleased to provide you with this statement of your Pruco Life Variable *Appreciable Life*\* insurance policy values and benefits. Your representative will be happy to provide you with a complete review of your insurance coverage, since your needs may change over time.

**Policy Number**
R1 186 889

**Policy Date**
August 28, 1988

Please note that **your guarantee against lapse is not in effect.** See the section in this statement entitled Death Benefit Guarantee Information for an explanation of why this guarantee has been lost and what you can do to regain it.

**Death Benefit Type**
Variable

Thank you for choosing us for your insurance and financial needs.

**Supplementary Benefits**
Waiver of Premium

### Your Life Insurance Coverage Profile

|  | As of Aug. 28, 2004 | As of Aug. 28, 2005 | Scheduled Monthly Premium as of Aug. 28, 2005 |
|---|---|---|---|
| Policy Face Amount | $ 50,000.00 | $ 50,000.00 | $ 37.00 |
| Excess Death Benefit | + 626.33 | + 368.59 |  |
| **Death Benefit** | $ 50,626.33 | $ 50,368.59 |  |
| Loan Debt | - 4,255.48 | - 4,489.53 |  |
| **Net Death Benefit** | $ 46,370.85 | $ 45,879.06 |  |

| Supplementary Benefits |  | + 4.00 |
|---|---|---|
| Total Scheduled Monthly Premium |  | $ 41.00 |

### Your Policy Values

|  | As of Aug. 28, 2004 | As of Aug. 28, 2005 |
|---|---|---|
| Contract Fund | $ 4,918.33 | $ 4,911.09 |
| Surrender Charge | - 0.00 | - 0.00 |
| **Cash Value** | $ 4,918.33 | $ 4,911.09 |
| Loan Debt | - 4,255.48 | - 4,489.53 |
| **Net Cash Value** | $ 662.85 | $ 421.56 |

**Your Customer Service Office**
(800) 778-2255

**Address**
Prudential
Customer Service Office
PO Box 7390
Philadelphia, PA 19176

**Are you connected?**
Go to **prudential.com**
and click on **Account Access & Service**

0 33501 UF
JATL 910

# Add to your policy
# for the long term by making an
# unscheduled premium payment.

### How to make an unscheduled premium payment.

You can invest in your policy's future by making additional, unscheduled premium payments at any time.  If you would like to take advantage of this policy feature—now or in the future—we've attached a payment coupon for your convenience.  Simply enter the amount of your unscheduled payment of $25 or more on the coupon, and send it with your payment to the address listed below.

Your prospectus contains complete information on your policy  Please read it carefully before sending money.  VAL was issued prior to September 1988 by Pruco Life Insurance Company and Pruco Life Insurance Company of New Jersey for NY and NJ, both located at 213 Washington Street, Newark, NJ 07102-2992  Post-September 1988 is issued by The Prudential Insurance Company of America, 751 Broad Street, Newark, NJ 07102-3777  PRUvider is issued by Pruco Life Insurance Company and Pruco Life Insurance Company of New Jersey for NY and NJ, both located at 213 Washington Street, Newark, NJ 07102-2992.  VAL/PRUvider is distributed by Pruco Securities Corporation, 751 Broad Street, Newark, NJ 07102-3777  All are Prudential Financial companies and each is solely responsible for its own financial condition and contractual obligations

IFS-A079459  Ed  09/2003
USCG-D1097

**Payment Coupon**

Please tear here



**Prudential Financial**

**Policyowner:  WINSTON J BANKS**
**Insured:  WINSTON J BANKS**
**Policy Number:  R1 186 889**

Please make your check payable to **Prudential** and write your policy number on the check.

Please mail your check to the following address:
PRUDENTIAL
P O BOX 856138
LOUISVILLE KY 40285

Other correspondence, inquiries, and written requests must be sent to:
Customer Service Office
PO Box 7390
Philadelphia, PA 19176
We will begin to respond to your communication as of the date it is received at this address.

| Amount enclosed | $ |
| --- | --- |

XR1186889699999999000000000000000099999000B2JATLP6

# Prudential Financial

WINSTON J BANKS
R1 186 889

## Managing Your Policy

Each month we review your Contract Fund and Premium Account. Provided that any outstanding Loan Amount does not exceed your policy Cash Value, your policy will remain in force as long as at least one of the following conditions is met:

- Your Contract Fund *exceeds* a dollar figure that we refer to as the Tabular Contract Fund.

  **OR**
- Your Premium Account Balance is *positive*.

## Your Contract Fund Review

Your Contract Fund reflects premium payments, investment experience, charges, and withdrawals. The status of your Contract Fund as of August 28, 2005, is:

| | |
|---|---|
| Contract Fund | $4,911.09 |
| Tabular Contract Fund | 4,542.50 |
| Contract Fund *exceeds* Tabular Contract Fund by | $368.59 |

## Your Premium Account Review

As long as your Accumulated Net Premium Payments equal or exceed your Accumulated Premiums Due, your Death Benefit is guaranteed at $50,000.00, regardless of investment performance. The status of your Premium Account as of August 28, 2005, is:

| | |
|---|---|
| Accumulated Net Premium Payments** | $10,034.63 |
| Accumulated Premiums Due | 11,910.03 |
| Your Premium Account has a *negative* balance of | $-1,875.40 |

** Please note that accumulated net premium payments are generally not equal to the investment in the policy, i.e. the cost basis, which is used in determining whether or not distributions from the policy are taxable.

## Your Investment Options Profile

| | As of Aug. 28, 2004 | | As of Aug. 28, 2005 | | Contract Fund Breakdown | Premium Allocation |
|---|---|---|---|---|---|---|
| Real Property Account | $ | 662.85 | $ | 421.56 | 8.58% | 100% |
| **Subtotal** | S | 662.85 | S | 421.56 | | |
| Loan Amount | + | 4,255.48 | + | 4,489.53 | 91.42% | |
| **Total Contract Fund** | S | 4,918.33 | S | 4,911.09 | 100% | 100% |

**In accordance with the investment experience of the options you selected, the Cash Value and Variable Death Benefit may increase or decrease.** For information about the financial condition of the portfolios and the investments held in each, you can refer to your Semiannual or Annual Report.

## Your Contract Fund Net Investment Rate of Return

Your estimated Contract Fund net investment rate of return for the past year was 4.40 percent. Your overall Contract Fund annual net investment rate of return since the date you originally purchased the policy was estimated to be 5.21 percent. This investment rate of return is calculated after investment management fees and expenses, and the mortality and expense risk charges are deducted. In addition to market fluctuations throughout the year, the timing and amount of your premium payments and the policy charges can affect your rate of return.

Past performance is not indicative of future results.

*You can transfer from the investment options listed in the Investment Options Profile. Except as provided below, a total of four transfers can be made a year.*

*Transfers from the Real Property Account are limited to once per year and may only be made during the 30-day period beginning on your policy anniversary.*

*Transfers from the Real Property Account are subject to additional restrictions.*

*To reallocate or transfer funds, call (800) 778-2255.*

*You can change your future premium allocations at any time.*



**UNITED STATES POSTAL SERVICE ®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

**NOT NEGOTIABLE**

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Pay to: PRUDENTIAL FINANCIAL

Address: RI-186-889

Serial Number: 2786 6365 560

Year, Month, Day: 2022-06-23     Post Office: 191043     Amount: $25.00     Clerk: 7

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PRUDENTIAL
P.O. Box 7390
PhiLa. PA. 19176

9590 9402 7494 2055 2688 19

2. Article Number (Transfer from service label)

7018 2290 0000 4789 3828

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

Brian Smith
FEB 0 5 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ....Mail
☐ ... Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



Winston Banks
PO Box 13417
Philadelphia, PA 19101-3417

Prudential Financial
Customer Service Office
P.O. Box 7390
Philadelphia, PA. 19176