*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Winston J. Banks
    Debtor(s)

Case No: 17−14799−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*TELEPHONIC HEARING\*\*\*

Status Hearing re: Documents to Financial Mgt Course and/or Domestic Support Payment Certificates Filed by Winston J. Banks

Parties are to
Dial: 877−873−8017
Access Code: 3027681#

on: 3/28/23

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  3/7/23

Timothy B. McGrath
Clerk of Court

89 − 87
Form 167