Certificate Number: 01721-PAE-DE-037307496

Bankruptcy Case Number: 17-14799


01721-PAE-DE-037307496

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2023, at 12:45 o'clock PM EDT, Winston Banks completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 30, 2023　　　　　　　　By:　/s/Robin Vasselo

　　　　　　　　　　　　　　　　　　　Name:　Robin Vasselo

　　　　　　　　　　　　　　　　　　　Title:　Counselor