United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14799-amc |
| Winston J. Banks | Chapter 13 |
| Winston J. Banks | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 05, 2023 | Form ID: 138OBJ | Total Noticed: 49 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Winston J. Banks, 2001 Kinsey Street, Philadelphia, PA 19124-4022 |
| db | #+ | Winston J. Banks, Mailing Address, PO BOX 34099, Philadelphia, PA 19101-4099 |
| 14642233 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14536402 | + | GREAT AJAX OPERATING PARTNERSHIP, L.P., C/O JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 14537486 | + | Gregory Funding LLC, PO Box 25430, Portland, OR 97298-0430 |
| 13968513 | + | Harvard Collection Services, Inc., 4839 N. Elston Avenue, Chicago, IL 60630-2589 |
| 13968514 | | Jacob Collection Group, LLC, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 13968515 | + | Keystone Collections Group, P.O. Box 519, Irwin, PA 15642-0519 |
| 13968516 | + | Law Offices of Sherri R. Dicks, P.C., P.O. Box 42251, Philadelphia, PA 19101-2251 |
| 13968517 | + | Linebarger Goggin Blair & Sampson, LLP, Attn: Rosario Griffo, Esquire, 1600 John F Kennedy Blvd # 910, Philadelphia, PA 19103-2818 |
| 13968520 | | Montgomery Media, c/o 21st Century Media-SF, P.O. Box 430280, Pontiac, MI 48343-0280 |
| 13968526 | | Pennsylvania Department of Revenue, Bureau of Collections and Taxpayer Svcs., P.O. Box 281041, Harrisburg, PA 17128-1041 |
| 13968528 | | Philadelphia Gas Works, P.O. Box 11700, Newark, NJ 07101-4700 |
| 13968529 | | Plaza Recovery, Inc., P.O. Box 18008, Hauppauge, NY 11788-8008 |
| 14190891 | + | Sharon N. Harvey, Esquire, Harper & Paul Law Firm, 140 Maplewood Avenue, Philadelphia, PA 19144-3307 |
| 13968532 | + | Split Rock, a/k/a Vacation Charters Ltd., Financial Services Department, P.O. box 547C, Lake Harmony, PA 18624-0820 |
| 13968533 | | Split Rock, 100 Mosevwood Road, Lake Harmony, PA 18624 |
| 13968536 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Drive, Frederick, MD 21701 |
| 14642422 | + | Wells Fargo Bank, National Association, C/O ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Ste. 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 05 2023 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13968505 | | Email/Text: EBNProcessing@afni.com | May 05 2023 23:48:00 | AFNI, Inc., 1310 Martin Luther King Drive, P.O. Box 3517, Bloomington, IL 61702-3517 |
| 14647054 | + | Email/Text: ellie.bulin@gregoryfunding.com | May 05 2023 23:48:00 | AJAX MORTGAGE LOAN TRUST 2021, C/O GREGORY FUNDING, LLC, PO BOX 230579, TIGARD, OR 97281-0579 |
| 13968506 | + | Email/Text: kristin.villneauve@allianceoneinc.com | | |

Case 17-14799-amc    Doc 99    Filed 05/07/23    Entered 05/08/23 00:28:19    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 05, 2023 | Form ID: 138OBJ | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| | | May 05 2023 23:48:00 | Alliance One Receivables Management, Inc, 4850 Street Road, Suite 300, Trevose, PA 19053-6643 |
| 13968509 | Email/Text: megan.harper@phila.gov | May 05 2023 23:49:00 | City of Philadelphia, 1515 Arch Street, 15th Floor, Philadelphia, PA 19107 |
| 14031981 | + Email/Text: megan.harper@phila.gov | May 05 2023 23:49:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13968508 | + Email/Text: docs@chaserec.com | May 05 2023 23:49:00 | Chase Receivables, Chase #0701524-EA, 1247 Broadway, Sonoma, CA 95476-7503 |
| 13968510 | Email/Text: documentfiling@lciinc.com | May 05 2023 23:48:00 | Comcast, 4008 N. DuPont Highway, New Castle, DE 19720-6320 |
| 13968511 | + Email/Text: bankruptcy_notifications@ccsusa.com | May 05 2023 23:49:00 | Credit Collection Service, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 13968512 | Email/Text: reports@halstedfinancial.com | May 05 2023 23:48:00 | Halsted Financial Services, LLC, P.O. Box 828, Skokie, IL 60006 |
| 13968518 | + Email/Text: bankruptcydpt@mcmcg.com | May 05 2023 23:48:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 13968519 | + Email/Text: bankruptcydpt@mcmcg.com | May 05 2023 23:48:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14615514 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 05 2023 23:50:46 | National Auto Finance Company, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13967793 | Email/Text: ally@ebn.phinsolutions.com | May 05 2023 23:48:00 | National Auto Finance Company, PO Box 130424, Roseville MN 55113-0004 |
| 13968522 | ^ MEBN | May 05 2023 23:42:47 | Northstar Location Services, LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 13968523 | + Email/Text: BKEBN-Notifications@ocwen.com | May 05 2023 23:48:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 13968525 | Email/Text: bankruptcygroup@peco-energy.com | May 05 2023 23:48:00 | PECO, P.O. Box 37629, Philadelphia, PA 19101-0629 |
| 14009010 | + Email/Text: bankruptcygroup@peco-energy.com | May 05 2023 23:48:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14642234 | + Email/Text: BKEBN-Notifications@ocwen.com | May 05 2023 23:48:00 | PHH Mortgage Corporation, Attn Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 13953077 | + Email/PDF: rmscedi@recoverycorp.com | May 05 2023 23:50:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13966784 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2023 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13968527 | Email/Text: megan.harper@phila.gov | May 05 2023 23:49:00 | Philadelphia Department of Revenue, Attn: Water Revenue Customer Service Di, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1663 |
| 13968530 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 05 2023 23:48:00 | SLS - Specialized Loan Servicing, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386 |
| 13968531 | Email/Text: bankruptcy@sw-credit.com | May 05 2023 23:48:00 | Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14221808 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 05 2023 23:48:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13958327 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 05 2023 23:48:00 | U.S. Bank National Association Trustee (See 410), |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 05, 2023 | Form ID: 138OBJ | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| | | | c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13968534 | Email/Text: bkelectronicnotices@usaa.com | May 05 2023 23:48:00 | USAA Federal Savings Bank, Attn: Bankruptcy Department, 10750 McDermott Freeway, San Antonio, TX 78288-9876 |
| 13978511 | + Email/Text: bncmail@w-legal.com | May 05 2023 23:48:00 | USAA Federal Savings Bank, C/O Weinstein & Riley, PS, 2001 Western Ave Suite 400, Seattle, WA 98121-3132 |
| 14005061 | Email/PDF: ebn_ais@aisinfo.com | May 05 2023 23:50:11 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14030469 | Email/Text: BKEBN-Notifications@ocwen.com | May 05 2023 23:48:00 | Wells Fargo Bank, N.A., et al, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Dept., P.O. Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14190890 | *+ | Law Offices of Sherri R. Dicks, P.C., P.O. Box 42251, Philadelphia, PA 19101-2251 |
| 14524176 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14030470 | * | Wells Fargo Bank, N.A., et al, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Dept., P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 13968507 | ##+ | Allied Interstate, LLC, P.O. Box 361477, Columbus, OH 43236-1477 |
| 13968521 | ##+ | Nations Recovery Center, Inc., 6491 Peachtree Industrial Blvd., Atlanta, GA 30360-2100 |
| 13968524 | ## | PCS - Professional Credit Service, P.O. Box 87940, Vancouver, WA 98687-7940 |
| 13968535 | ## | Van Ru Credit Corporation, 8550 Ulmerton Road, Suite 225, Largo, FL 33771-5351 |

TOTAL: 0 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank National Association as Trustee for Option One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PROF-2013-S3 Legal Title Trust by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| HARRY B. REESE | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021 - A  BY U.S. BANK NATIONAL ASSOCIATION, AS |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 05, 2023 | Form ID: 138OBJ | Total Noticed: 49 |

INDENTURE TRUSTEE bankruptcy@powerskirn.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank National Association As Trustee et al jblank@pincuslaw.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor GREAT AJAX OPERATING PARTNERSHIP L.P. bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LISA CANCANON
    on behalf of Creditor USAA Federal Savings Bank LisaC@w-legal.com Llombardi06@law.du.edu

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank National Association As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

ROBERT J. DAVIDOW
    on behalf of Creditor Wells Fargo Bank National Association As Trustee et al robert.davidow@phelanhallinan.com

SHERRI DICKS
    on behalf of Debtor Winston J. Banks shrdlaw@hotmail.com shrdlaw@outlook.com

SHERRI DICKS
    on behalf of Attorney Sherri Dicks shrdlaw@hotmail.com shrdlaw@outlook.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank National Association As Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Winston J. Banks

        Debtor(s)                             Case No: 17−14799−amc

                                                  Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/5/23

98 − 82
Form 138OBJ